# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 11-7140**　　　　　　　　　　**September Term 2011**

1:05-cv-00117-RMU

Filed On: January 17, 2012 [1352926]

A. Margaret Carranza and Juanita Carranza,

　　　　Appellants

　　v.

Phillip L. Fraas,

　　　　Appellee



### ORDER

By order filed November 21, 2011, appellants were directed to pay the $455 docketing fee by December 21, 2011. The signed certified mail receipt from appellant, Juanita Carranza, was received on November 28, 2011. The signed certified mail receipt from appellant, A. Margaret Carranza, was received on December 13, 2011. To date, no docketing fee payment has been received. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by February 16, 2012.

　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　Amy Yacisin
　　　　　　　　　　　　　　　　Deputy Clerk

A True Copy:
United States Court
for the ...
By: _____ Deputy Clerk